FILED
CHARLOTTE, NC

AUG 26 2010

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC






**North Carolina Western**
**MEMORANDUM**

**Date:** August 18, 2010

**To:** The Honorable Martin Reidinger
U.S. District Judge

**From:** Christopher R. Barber
U.S. Probation Officer

**Subject:** Gregory Moreland Motley
Docket No.: 3:08CR000167-001
**Out of Country Travel Request**

RECEIVED
JUDGES CHAMBERS

AUG 20 2010

U.S. DIS. COURT
ASHEVILLE, N.C.

---

The above named individual was sentenced by Your Honor on 3/7/09, to a term of 5 years probation for the offense of Tax Evasion, in violation of 26 U.S.C. 7201. The following special conditions were also ordered: 1) The defendant shall be placed on home detention with electronic monitoring for a period of 10 months, to commence immediately at the direction of the probation officer. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at his place of residence without any "call forwarding," "Caller ID," "call waiting," modems, answering machines, cordless telephones or other special services for the above period. The defendant shall wear an electronic device and shall observe the rules specified by the Probation Office; 2) The defendant is to pay the cost of the electronic monitoring portion of this sentence not to exceed the daily contractual rate. Payment for electronic monitoring shall be made in accordance with the probation officer's direction. Changes to the established rate can be made by the probation officer subject to supervisory approval; 3) The defendant shall perform 200 hours of community service as directed by the probation officer; 4) The defendant shall file tax returns with the Internal Revenue Service as required by law and provide the USPO with proof of same; 5) The defendant shall cooperate with the Internal Revenue Service to pay all outstanding taxes, interest and penalties; 6) The defendant shall pay a $100.00 Special Assessment Fee (Paid); and 7)The defendant shall make Restitution in the amount of $30,000.00 (Balance - $15,616.).

Mr. Motley has complied with his conditions of supervised release. He has also completed the term of electronic monitoring and all of his required community service hours. Due to his compliance, he was recently transferred to Low Intensity Supervision. Mr. Motley has made a request to travel to Paradise Island, Bahamas. If this travel is approved, the defendant would depart on 10/1/10 and return to North Carolina on 10/4/10. The purpose of travel is a vacation that has been awarded to Mr. Motley by his company that advertises with local CBS Radio

affiliates. All trip expenses, with the exception of meals and room incidentals, will be covered by CBS Radio. Please indicate your response below.

Should you have any questions concerning this matter, please contact me at 704/350-7654.

CRB
Attachment

---

[✓] Court concurs with the U.S. Probation Officer's recommendation.

[ ] Denies defendant's request for travel out of country.

Judicial Officer — 8/24/2010 Date